IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACK DHILLON,                                    3:11-CV-01269-JE

        Plaintiff,                           ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#31) on January 30, 2013, in which he recommends this Court reverse the decision of the Commissioner and remand for an immediate award of benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1  -  ORDER

obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#31). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits.

IT IS SO ORDERED.

DATED this 26th day of February, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER