Bruce Brewer, OSB No. 925581
419 5th Street
Oregon City, OR 97045
503-722-8833
brucebrewerusdccases@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JACK DHILLON,** | Case No. 3:11-cv-01269-JE |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $30,522.84, are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. If this Court awards an attorney fee pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, when issuing the § 406(b) check, the agency is directed to subtract the amount received by Plaintiff's attorney, if any, under the EAJA (28 U.S.C. § 2412) and to send to Plaintiff's attorney at his current address shown above the balance, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 15 day of May, 2013.

_____
John Jelderks
United States ~~District~~ Magistrate Judge

Presented by:
Bruce W. Brewer, OSB 925581
Attorney for Plaintiff
503-722-8833

ORDER - Page 1